JOHN S. JONES, Respondent, *v.* GEORGE J. GOULD et al.,
Appellants.

*Jones* v. *Gould*, 143 App. Div. 244, reversed.
(Argued April 25, 1911; decided May 9, 1911.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered March 16, 1911, which reversed an order
of Special Term denying a motion for a re-taxation of
costs.

The following questions were certified: "1. Does the.
remittitur of the Court of Appeals, reversing the judg-
ment entered pursuant to an order of the Special Term,
as modified and affirmed by the Appellate Division which
dismissed the complaint, and awarding costs to the plain-
tiff appellant in all courts, embrace costs awarded to the
parties defendant to abide the event by another and prior
and unreversed judgment of the Appellate Division, from
which no appeal has been taken to the Court of Appeals?
2. Does such an award of costs authorize the taxing clerk
to tax an additional allowance, awarded to the plaintiff
as the prevailing party, by an order of the Trial Term,
which allowance was included in and made a part of the
judgment of the Trial Term in favor of the plaintiff,
which judgment was subsequently reversed by the Appel-
late Division by a judgment of reversal, from which no
appeal has been taken to the Court of Appeals? 3. Does
such an award of costs relate exclusively to costs upon
the motion at Special Term for judgment dismissing the
complaint, and the costs in subsequent proceedings conse-
quent thereon in the Appellate Division and the Court of
Appeals?"

*F. C. Nicodemus, Jr., Lawrence Greer* and *Appleton
D. Palmer* for appellants.

*Charles Haldane* and *David McClure* for respondent.

Order of Appellate Division reversed and that of Spe-
cial Term affirmed, without costs to either party. First

two questions certified answered in the negative.   Third question answered in the affirmative, on dissenting opinion of MILLER, J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.   Absent: GRAY, J.